UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVINCULA, *et. al.*, <br><br>    *Plaintiffs*, <br><br> vs. <br><br> STRONGBLOCK, DAVID MOSS, BRIAN ABRAMSON, COREY LEDERER, KONSTANTIN SHKUT, AND JOHN DOE DEFENDANTS 1-5, <br><br>    *Defendants*. | Case No. 1:22-cv-10869 <br><br> **JURY TRIAL DEMANDED** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, EVERGREEN DISTRIBUTORS, by and through its counsel of record, Zeisler PLLC and Government Law Group, PLLC, hereby states that it has no public parent.

Respectfully Submitted,

Dated: December 23, 2022                    */s/ Payton H. Poliakoff*

GOVERNMENT LAW GROUP, PLLC          ZEISLER PLLC
Payton H. Poliakoff (PHV forthcoming)        Daniel B. Ravicher
Museum Plaza Building                  777 Brickell Ave Ste 501
200 S Andrews Avenue, Suite 601            Miami, Fl, 33131
Fort Lauderdale, Florida 33301              Tel.: (917) 843-3425
Tel.: (954) 909-0580                    dan@zeisler-law.com
ppoliakoff@govlawgroup.com
iriera@govlawgroup.com                 *Counsel for Plaintiffs*