UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVINCULA, *et. al.*,

   *Plaintiffs*,

vs.

STRONGBLOCK, DAVID MOSS, BRIAN ABRAMSON, COREY LEDERER, KONSTANTIN SHKUT, AND JOHN DOE DEFENDANTS 1-5,

   *Defendants*.
_____/

Case No. 1:22-cv-10869

**JURY TRIAL DEMANDED**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, GLOBAL PERSPECTIVES LIMITED, by and through its counsel of record, Zeisler PLLC and Government Law Group, PLLC, hereby states that it has no public parent.

   Respectfully Submitted,

Dated: December 23, 2022

GOVERNMENT LAW GROUP, PLLC
Payton H. Poliakoff (PHV forthcoming)
Museum Plaza Building
200 S Andrews Avenue, Suite 601
Fort Lauderdale, Florida 33301
Tel.: (954) 909-0580
ppoliakoff@govlawgroup.com
iriera@govlawgroup.com

*/s/ Payton H. Poliakoff*

ZEISLER PLLC
Daniel B. Ravicher
777 Brickell Ave Ste 501
Miami, Fl, 33131
Tel.: (917) 843-3425
dan@zeisler-law.com

*Counsel for Plaintiffs*