UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABUDA, *et. al.,*

   *Plaintiffs*,

vs.

STRONGBLOCK, DAVID MOSS, BRIAN ABRAMSON, COREY LEDERER, KONSTANTIN SHKUT, AND JOHN DOE DEFENDANTS 1-5,

   *Defendants*.

_____/

Case No. **22-cv-10869-VSB**

## MOTION FOR ADMISSION *PRO HAC VICE*

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Easter Districts of New York, I, Payton H. Poliakoff, Esq. hereby move this honorable Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

   I am a member of the Florda Bar, in good standing and licensed to practice law in Florida. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony or a crime of dishonesty. I have never been censured, suspended, disbarred or denied admission or re-admission by any court. *A true and correct copy of the Affidavit required by Local Rule 1.3 has been attached herewith and labeled as* **Exhibit "A"**.

   Dated: December 28, 2022.

                                Respectfully submitted,

                                GOVERNMENT LAW GROUP, PLLC
                                ***Counsel for Plaintiffs***
                                200 S. Andrews Avenue, Suite 601
                                Fort Lauderdale, Florida 33301
                                Telephone: (954) 909-0598

Primary e-mail: Ppoliakoff@govlawgroup.com
iriera@govlawgroup.com

By: ___*/s/* **Payton H. Poliakoff**___
PAYTON H. POLIAKOFF, ESQ.
Florida Bar Number 1025078