UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABUDA, *et. al.*,

   *Plaintiffs*,

vs.

STRONGBLOCK, DAVID MOSS, BRIAN ABRAMSON, COREY LEDERER, KONSTANTIN SHKUT, AND JOHN DOE DEFENDANTS 1-5,

   *Defendants*.

                                      /

Case No. **22-cv-10869-VSB**

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

I, Payton H. Poliakoff, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Government Law Group.

2. I submit this Affidavit in support of my Motion for Admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as **Exhibit "A"** I am a member in good standing of the bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Wherefore, your Affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the instant case for the Plaintiffs.

Dated: December 28, 2022.

        Respectfully submitted,

        GOVERNMENT LAW GROUP, PLLC
        ***Counsel for Plaintiffs***
        200 S. Andrews Avenue, Suite 601
        Fort Lauderdale, Florida 33301
        Telephone: (954) 909-0598
        Primary e-mail: Ppoliakoff@govlawgroup.com
                        iriera@govlawgroup.com

        By: _____
             PAYTON H. POLIAKOFF, ESQ.

By: _____
PAYTON H. POLIAKOFF, ESQ.
Florida Bar Number 1025078

SUBSCRIBED and SWORN to before me on this 28th day of December, 2022, by
__hand__. He is personally known to me or has produced _driver licen_ as identification.

NOTARY SEAL:

_____
NOTARY PUBLIC, STATE OF FLORIDA
(Signature of Notary taking acknowledgment)

STEFANIA CAJAL
Commission # HH 300648
Expires August 15, 2026

Stefania Cajal
Name of Acknowledger typed, printed or stamped

HH 300648
Commission Number