# Supreme Court of Florida

## Certificate of Good Standing

I, *JOHN A. TOMASINO*, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**PAYTON WILLIAM HENRY POLIAKOFF**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **NOVEMBER 23, 2020,** *is presently in good standing, and that the private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this* **DECEMBER 28, 2022.**

_____
Clerk of the Supreme Court of Florida