UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABUDA, *et. al.*,

  *Plaintiffs*,

vs.

STRONGBLOCK, DAVID MOSS, BRIAN ABRAMSON, COREY LEDERER, KONSTANTIN SHKUT, AND JOHN DOE DEFENDANTS 1-5,

  *Defendants*.

                                           /

Case No. 22-cv-10869-VSB

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The Motion of Payton H. Poliakoff, Esq. ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared, under oath, that he is a member in good standing of the bar of the state of Florida and that his contact information is as follows:

> Payton H. Poliakoff, Esq.
> GOVERNMENT LAW GROUP, PLLC
> 200 S. Andrews Avenue, Suite 601
> Fort Lauderdale, Florida 33301
> Telephone: (954) 909-0598
> E-mail: Ppoliakoff@govlawgroup.com

Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action.

**IT IS HEREBY ORDERED** that Payton H. Poliakoff, Esq., is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

_____
Honorable Vernon S. Broderick
United States District Judge