# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald Abuda, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRONGBLOCK, et al. <br><br> Defendants. | Case No. 1:22-cv-10869 <br><br> **DECLARATION OF MICHAEL J. ABRAMS IN SUPPORT OF MOTION TO DISMISS AND COMPEL ARBITRATION** |

I, Michael J. Abrams, declare the following:

1. I am legal counsel for Defendants in the above-captioned case, and am admitted *pro hac vice* in the related case, *Crowl, et al. v. StrongBlock, et al.*, Case No. 1:22-cv-07313.

2. My application for *pro hac vice* admission for this case is forthcoming.

3. Attached as **Exhibit A-1** to my Declaration is a redline comparison of the Complaint filed in the related case, *Crowl, et al. v. StrongBlock, et al.*, Case No. 1:22-cv-07313, and the Complaint filed in *Abuda, et al. v. StrongBlock, et al.*, Case No. 1:22-cv-10869.

4. The redline comparison was created using the computer software program, Workshare Compare by Litera.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2023 by

/s/ Michael J. Abrams