# **EXHIBIT B-3**



# Terms of Service

**Overview**

https://strongblock.com, is a website-hosted user interface (the "Interface or "App") provided by StrongBlock, Inc. ("we", "our", or "us"). The App provides access to a decentralized protocol on the Ethereum blockchain that allows users to create nodes or submit nodes for various blockchains and participate in rewards (the "Protocol").

**Terms of Use**

Thank you for visiting the StrongBlock website (the "Site"). StrongBlock ("StrongBlock", "we", "us" or "our") provides its Site, products, and services (collectively, "the Service") to you, subject to the following terms of use ("Terms" or "this Agreement"). If you do not agree to these Terms, you must cease your use of this site, and you may not use any of the Products & Services.

We may update these Terms from time to time. Please ensure you check the Terms each time you access or use this site. If we make material changes to the Terms, we will post the revised Terms and the revised effective date at the bottom of these Terms. Your continued use of any of the Service after the date of any such changes become effective constitutes your acceptance of the new Terms.

Your personal information will be used in accordance with our Privacy Policy.

No one at StrongBlock is authorized to modify the Terms with you or otherwise enter into an agreement with you that conflicts with these Terms, except by means of a written agreement signed by an authorized agent of StrongBlock or as described above in the Terms, and any other purported modifications or alterations or conflicting terms will be null and void.

PLEASE READ THESE TERMS CAREFULLY, AS THEY CONTAIN AN AGREEMENT TO ARBITRATE AND OTHER IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES, AND OBLIGATIONS.

**Use of the Site**

This Site, and the information which it contains, is the property of StrongBlock and its affiliates and licensors, and is protected from unauthorized copying and dissemination by United States copyright law, trademark law, international conventions and other intellectual property laws. Effective October 31, 2018, StrongBlock became a tradename of Jenison Holdings SEZC ("JH"). All StrongBlock product names and logos are trademarks or registered trademarks of JH. All other company and product names and logos are trademarks or registered trademarks of their respective owners in certain countries. All U.S. credit card and ACH payments on StrongBlock are serviced by Widney LLC.

The information contained on this Site is provided on an "as is" basis, without any knowledge as to your specific circumstances. The Site may become unavailable due to maintenance or malfunction of computer equipment or other reasons, and there may also be delays, omissions, or inaccuracies in information contained on the Site. The information on the Site does not constitute the rendering of legal, accounting, tax, or other such professional advice.

No part of the Site may be reproduced or transmitted in any form, by any means, electronic or mechanical, including photocopying and recording, except that StrongBlock authorizes you to view, copy, download, and print StrongBlock documents available on this Site, provided that you use the documents solely for noncommercial, informational purposes, that you not modify the documents, and that you not remove copyright, trademark, and other proprietary notices.

Nothing contained on this Site should be construed as granting, by implication, estoppel, or otherwise, any license or right to use this Site or any documents displayed on this Site, through the use of framing or otherwise, except as expressly permitted by these Terms or with the prior written permission of StrongBlock.

Any information, including but not limited to remarks, suggestions, ideas, graphics, or other submissions communicated to StrongBlock through this Site is the exclusive property of StrongBlock. StrongBlock is entitled to use any information submitted for any purpose, without restriction (except as stated in our Privacy Policy) or compensation to the person sending the submission. The user acknowledges the originality of any submission communicated to StrongBlock and accepts responsibility for its accuracy, appropriateness, and legality.

Information that StrongBlock publishes on this Site may contain references to products or services that are not available or approved by the appropriate regulatory authorities in your country. Such references do not imply that StrongBlock intends to announce or make available such products or services to the general public or in your country.

**Use of the Products and Services**

You must be 18 or older to buy or sell items on the Site, regardless of any consent from your parent or guardian to use the Service.

StrongBlock - Terms of Service




allowed by applicable law.

StrongBlock further reserves the right, in its sole and absolute discretion, to refuse service and to refuse pay out requests under the terms and conditions of this Agreement if StrongBlock has reason to believe that the funds in your account are subject to any dispute as to the ownership of such funds or the means by which you acquired such funds.

You need a supported Web browser to access the Site and to use the Service. You acknowledge and agree that StrongBlock may cease to support a given Web browser and that your continuous use of the Site and Service will require you to download a supported Web browser. You also acknowledge and agree that the performance of the Site and Service is dependent on the performance of your computer equipment and your Internet connection.

The functionalities and processes of the Service are more fully described at https://strongblock.com and in the online help. StrongBlock may modify these functionalities and processes from time to time at its sole discretion without notice.

**YOUR BEHAVIOR**

As a condition to your use of the Site and Service, you agree not to: (a) impersonate or misrepresent your affiliation with any person or entity; (b) access, tamper with, or use any non-public areas of the Site and Service or StrongBlock's computer systems; (c) attempt to probe, scan, or test the vulnerability of the Site, Service, or any related system or network, or breach any security or authentication measures used in connection with the Site, Service and such systems and networks; (d) attempt to decipher, decompile, disassemble, reverse engineer, or otherwise investigate any of the software or components used to provide the Site or Service; (e) harm or threaten to harm other users in any way or interfere with, or attempt to interfere with, the access of any user, host, or network, including without limitation by sending a virus, overloading, flooding, spamming, or mail-bombing the Site or Service, or otherwise; (f) provide payment information belonging to a third party; (g) use the Site or Service in an abusive waycontrary to its intended use, to StrongBlock's policies and instructions, to any obligation you owe to any third party, or to any applicable law; (h) systematically retrieve data or other content from the Service to create or compile, directly or indirectly, in single or multiple downloads, a collection, compilation, database, directory, or the like, whether by manual methods, through the use of bots, crawlers, or spiders, or otherwise; (i) make use of the Site or Service in a manner contrary to the terms and conditions under which third parties provide facilities and technology necessary for the operation of the Site and Service, such as PayPal; (j) infringe third-party intellectual property rights when using or accessing the Site or Service, including without limitation in making available virtual items by using the Service; and (k) make use of, promote, link to, or provide access to materials deemed by StrongBlock, at its sole and unfettered discretion, to be offensive or cause harm to StrongBlock's reputation, including without limitation illegal content and pornographic content and other content deemed offensive or injurious to StrongBlock and/or the Service (such as Warez sites, IRC bots and bittorent sites).

Your online conduct and interaction with other users of the Site and Service should be guided by common sense and basic etiquette. StrongBlock may terminate your account or access to the Site or Service at any time, which may include the forfeiture and loss of any funds in your account (in StrongBlock's sole and unfettered discretion), for any conduct or activity that StrongBlock believes, in its sole and unfettered discretion, is illegal, violates the terms of this Agreement, or otherwise negatively affects the enjoyment of the Site and Service by other users. You acknowledge that StrongBlock is not required to provide you notice before terminating your access to the Service or the Site, which may include the forfeiture and loss of any funds in your account, but it may choose to do so.

You represent, warrant, covenant, and agree that (a) you are not located in, and you are not a national or resident of, any country to which the United States, United Kingdom, European Union, Australia, or Canada has embargoed goods and/or services of the same type as the Services ("Restricted Countries"), including without limitation Cuba, Iran, North Korea, Sudan, or Syria; and (b) you are not a person or entity, or owned by, under the control of, or affiliated with, a person or entity (i) that appears on the U.S. Office of Foreign Assets Control's Specially Designated Nationals List, Foreign Sanctions Evaders List, or Palestinian Legislative Council List; (ii) that appears on the U.S. Department of State's Terrorist Exclusion List; (iii) that is subject to sanctions in any other country; or (iv) that is engaged in the design, development, or production of nuclear, biological, or chemical weapons, missiles, or unmanned aerial vehicles. You are not allowed to use the Service if we identify your IP address or address of residence or use of the Service as originating from any such country.

You further represent, warrant, covenant, and agree that (a) you will not use, trade, sell, or otherwise dispose of any item from this Site or the Service in any manner that is contrary to, or in violation of, any and all applicable national, federal, state, provincial, and local laws, statutes, regulations, rules, codes, ordinances, orders, or directives ("Applicable Laws"); (b) you have the full right and authority to use the Site and the Service and to be bound by these Terms; and (c) and you will at all times comply with Applicable Laws.

**Investigation and Enforcement**

StrongBlock will have the right to investigate and prosecute violations of any term or provision of this Agreement or your use of the Site and Service, including without limitation possible infringement of any intellectual property rights and possible security breaches, to the fullest extent of the law. StrongBlock may involve and cooperate with law enforcement authorities in prosecuting users who violate this Agreement or other applicable law.

You acknowledge that, although StrongBlock has no obligation to monitor your access to or use of the Site and Service, it has the right to do so for the purpose of operating the Site and Service, to ensure your compliance with this Agreement, or to comply with applicable law or the order or requirement of a court, administrative agency, or other governmental body. You further acknowledge that during the pendency of any investigation, StrongBlock may revoke your access to the Site, the Service, or any funds you may have deposited or received with respect to the Service.



AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER STRONGBLOCK OR LAW ENFORCEMENT AUTHORITIES.

**EULAs and Third Parties**

StrongBlock and/or entities that sell products on this Site are primarily responsible for fulfillment of orders, warranty, maintenance, technical, and product support services for those products. Purchase of certain products may also require shoppers to agree to one or more End-User License Agreements (or "EULAs") that include additional terms set by the product supplier, rather than by StrongBlock or a payment facilitator. You will be bound by any EULA to which you agree.

StrongBlock makes no express representations or warranties and hereby disclaims any implied warranty regarding any third-party site or services. In particular, StrongBlock makes no representation or warranty and disclaims any implied warranty that any service or subscription offered via third-party vendors will not change or not be suspended or terminated.

**Payments and Fees**

The payment facilitator is primarily responsible for facilitating payment for your purchase. When you use any third-party payment facilitator ("payment facilitator") to make a purchase on this Site, responsibility over your purchase will first be transferred to the payment facilitator before it is delivered to you. The payment facilitator assumes primary responsibility, with StrongBlock's assistance, for payment and payment-related customer support. The terms between the payment facilitator and customers who utilize the services offered by the payment facilitator are governed by separate agreements and are not subject to the Terms on this Site.

For purchases made through a payment facilitator, (i) the privacy policy of the payment facilitator shall apply to all payments and should be reviewed before making any purchase, and (ii) the payment facilitator refund policy shall apply to all payments unless notice is expressly provided by the relevant supplier to buyers in advance. You are responsible for any fees, taxes or other costs associated with the purchase and delivery of your purchases resulting from charges imposed by your relationship with payment services providers or the duties and taxes imposed by your local customs officials or other regulatory body. Any separate charges or obligations you incur in your dealings with other third-party service providers are your responsibility.

StrongBlock shall charge all applicable fees on the payment facilitator account associated to your StrongBlock account. You are responsible for providing StrongBlock valid information for making and receiving payments in compliance with the Privacy Policy. You may modify this information by making a request via the "Support" feature available on all applications pages. You may submit a support ticket through this feature.

StrongBlock accepts no liability and specifically disclaims any implied warranty to complete any transaction that cannot be cleared by its payment facilitator, whether because there are not sufficient funds available in your crypto currency wallet, issues related to identity or localization or otherwise. StrongBlock reserves its right to verify and approve any and all transactions made by you when using the Service to ensure that they comply with this Agreement and the terms imposed to StrongBlock by third-party service providers. You expressly acknowledge and agree that such verifications may require you to provide StrongBlock with additional personal information in order to verify and confirm your identity and to perform verifications aimed to deter fraud and misuse of the Service, in compliance with StrongBlock's Privacy Policy. StrongBlock may suspend your account and contact you so you can provide StrongBlock with additional information required to process payments. Such suspension shall not relieve you from your obligation to pay any fees owed to StrongBlock.

All monies stipulated in these Terms and in the Service are expressed in USD and include all applicable taxes.

Your purchases items are final, non-refundable sales, except where specifically noted otherwise. Making or receiving payments on the Service may be delayed whileStrongBlock validates your compliance with these Terms. You agree not to initiate any claim and dispute procedure with third parties regarding payment and receipt of products or services. The first instance of initiating such a claim and dispute procedure will result in a 24-hour suspension of your account for use of the Service or automatic termination of your individual account and use of the Service. Any other instance of initiation of a claim and dispute procedure may result in automatic termination of your individual account and use of the Service. You will exclusively submit any disagreement, dispute, complaint, or query by means of Support. Any other media or communication sources (including without limitation Reddit, email, group pages and the like) do not constitute a valid means to engage with StrongBlock for support. Any refunds for purchases following your instructions shall be at StrongBlock's sole, unfettered, and exclusive discretion, and provided only on an exceptional basis.

**DISPUTE RESOLUTION - AGREEMENT TO ARBITRATE**

Dispute Resolution by Binding Arbitration; Jury Trial Waiver; Class Action Waiver.

PLEASE READ THIS SECTION CAREFULLY AS IT AFFECTS YOUR RIGHTS.

INFORMAL DISPUTE RESOLUTION: Most user concerns can be resolved by use of our "Support" feature available on all applications pages. If StrongBlock is unable to resolve your concerns and a dispute remains between you and StrongBlock, this Section explains how the parties have agreed to, and shall, resolve it.

You and StrongBlock agree to make reasonable, good faith efforts to informally resolve any dispute before you initiate formal dispute resolution.



FORMAL DISPUTE RESOLUTION: If StrongBlock and you do not resolve the claim within sixty (60) calendar days after the Notice is received, then your options for formal dispute resolution depend upon your country of residence. This Section does not prevent you from bringing your dispute to the attention of any federal, state, or local government agencies that can, if the law allows, seek relief from us for you.

FOR RESIDENTS OF THE UNITED STATES & OTHER JURISDICTIONS THAT ENFORCE BINDING ARBITRATION: YOU AND StrongBlock AGREE THAT ANY DISPUTE, CLAIM, OR CONTROVERSY BETWEEN YOU AND StrongBlock ARISING IN CONNECTION WITH OR RELATING IN ANY WAY TO THESE TERMS OR TO YOUR RELATIONSHIP WITH StrongBlock AS A USER OF THE SERVICE (WHETHER BASED IN CONTRACT, TORT, STATUTE, FRAUD, MISREPRESENTATION, OR ANY OTHER LEGAL THEORY, AND WHETHER THE CLAIMS ARISE DURING OR AFTER THE TERMINATION OF THE SERVICE) WILL BE DETERMINED BY MANDATORY BINDING INDIVIDUAL (NOT CLASS, REPRESENTATIVE, OR ACTION) ARBITRATION. YOU AND StrongBlock FURTHER AGREE THAT THE ARBITRATOR SHALL HAVE THE EXCLUSIVE POWER TO RULE ON HIS OR HER OWN JURISDICTION, INCLUDING ANY OBJECTIONS WITH RESPECT TO THE EXISTENCE, SCOPE OR VALIDITY OF THE ARBITRATION AGREEMENT OR TO THE ARBITRABILITY OF ANY CLAIM OR COUNTERCLAIM.

Arbitration is a proceeding before a neutral arbitrator, instead of before a judge or jury. Arbitration is less formal than a lawsuit in court, and provides more limited discovery. It follows different rules than court proceedings, and is subject to very limited review by courts. The arbitrator will issue a written decision and provide a statement of reasons if requested by either party. YOU UNDERSTAND THAT YOU ARE GIVING UP THE RIGHT TO SUE IN COURT AND TO HAVE A TRIAL BEFORE A JUDGE OR JURY.

YOU AND StrongBlock AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER (OR IN A REPRESENTATIVE OR ACTION) IN ANY PURPORTED CLASS OR, REPRESENTATIVE, OR ACTION. Unless both you and StrongBlock agree, no arbitrator or judge may allow more than one person's claims or otherwise preside over any form of a representative or class proceeding, and the arbitrator specifically does not have the power to alter this. The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. If a court decides that applicable law precludes enforcement of any of this Section's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

Either you or we may start arbitration proceedings. Any arbitration between you and StrongBlock will be administered at the International Chamber of Commerce ("ICC") International Court of Arbitration under the Rules of Arbitration of the ICC then in force (the "ICC Rules"), as modified by this Arbitration Agreement, or, if ICC no longer exists or is unable to participate, such other arbitration forum selected by StrongBlock. The language to be used in the arbitral proceeding shall be English. For more information on the ICC, the Rules and Procedures, or the process for filing an arbitration claim, you may call the ICC in Paris, France at +33 (0) 1 49 53 28 28 or visit the ICC website at https://iccwbo.org.

Unless StrongBlock expressly agrees in writing to the contrary, the parties shall keep confidential all awards and orders in any arbitration pursuant to this section, as well as all materials in the arbitral proceedings created for the purpose of the arbitration and all other documents produced by another party in the arbitral proceedings not otherwise in the public domain; provided that the foregoing shall not prevent either party from making any disclosure of such to the extent that disclosure is required of a Party by a legal duty, to protect or to pursue a legal right, or to enforce or challenge an award in legal proceedings before the appropriate court or other judicial authority. You and StrongBlock agree that the US Federal Arbitration Act applies and governs the interpretation and enforcement of this provision, to the extent applicable.

Absent a contrary decision of the arbitrator or otherwise required by applicable law, the parties agree that the seat and venue of the arbitration is the Cayman Islands. The language of the arbitration will be English. The arbitration will be conducted before one commercial arbitrator from the International Chamber of Commerce ("ICC") with substantial experience in resolving commercial contract disputes. As modified by these Terms, and unless otherwise agreed upon by the parties in writing, the arbitration will be governed by the ICC's Arbitration Rules including its Expedited Procedure Provisions (collectively, the "Rules and Procedures"). The ICC Emergency Arbitrator Provisions shall not apply.

The dispute will be resolved by the submission of documents without a hearing, unless a hearing is requested by a party or deemed to be necessary by the arbitrator, in which case, a party may elect to participate telephonically. The arbitrator shall make a decision in writing, and shall provide a statement of reasons if requested by either party. The arbitrator must follow applicable law, and any award may be challenged if the arbitrator fails to do so. You and StrongBlock may litigate in court to compel arbitration, to stay proceeding pending arbitration, or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator.

Nothing in this Section removes or limits StrongBlock's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence, and, if required by applicable law, gross negligence. Additionally, notwithstanding this agreement to arbitrate, claims for infringement or misappropriation of the other party's patent, copyright, trademark, trade secret or other intellectual property rights shall not be subject to arbitration under this Section.

You or StrongBlock may seek emergency equitable relief before a court located in the Cayman Islands in order to maintain the status quo pending arbitration and you agree to submit to the exclusive personal jurisdiction of the courts located within the Cayman Islands for such purpose. A request for interim measures shall not be deemed to be a waiver of the right to arbitrate.

FOR RESIDENTS OF THE EUROPEAN UNION & OTHER JURISDICTIONS THAT DO NOT ENFORCE THE BINDING ARBITRATION ABOVE: Any non-arbitrable disputes arising under or in connection with these Terms shall be subject to the exclusive jurisdiction of the courts of the Cayman Islands.

This Section will survive termination of your account and these Terms as well as any voluntary payment of any debt in full by you or any bankruptcy by you or StrongBlock. With the exception of any provision of this Section prohibiting arbitration on a class or collective basis, if any



is found to be invalid, unenforceable, or illegal, then the entirety of this arbitration provision will be null and void, and neither you nor StrongBlock will be entitled to arbitration.

YOU AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ANY CLAIM OR CAUSE OF ACTION ARISING OUT OF OR RELATING TO THE SERVICE OR THESE TERMS MUST BE FILED WITHIN ONE (1) YEAR AFTER SUCH CLAIM OR CAUSE OF ACTION AROSE OR IT WILL BE FOREVER BARRED.

**User Disputes**

You agree that you are solely responsible for your interactions with any other user in connection with the Service and StrongBlock will have no liability or responsibility with respect thereto. We reserve the right, but have no obligation, to become involved in any way with disputes between you and any other user of the Service.

**General**

These Terms will be governed by the laws, restrictions, regulations and rules of the Cayman Islands without regard to its conflict of law provisions. With respect to any disputes or claims that do not fall within the agreement to arbitrate, set out above, you and StrongBlock agree to submit to the personal and exclusive jurisdiction of the Cayman Islands. The failure of StrongBlock to exercise or enforce any right or provision of these Terms will not constitute a waiver of such right or provision. If any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of these Terms remain in full force and effect. A printed version of these Terms and of any notice given in electronic form will be admissible in judicial or administrative proceedings based upon or relating to these Terms to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. You may not assign these Terms without the prior written consent of StrongBlock, but StrongBlock may assign or transfer these Terms, in whole or in part, without restriction. The section titles in these Terms are for convenience only and have no legal or contractual effect. Notices to you may be made via either email or regular mail or other electronic service (as described in Communication Services above).

You agree that no joint venture, partnership, employment, or agency relationship exists between you and StrongBlock as a result of these Terms or your use of the Service. StrongBlock's performance of these Terms is subject to existing laws and legal process, and nothing contained in these Terms is in derogation of StrongBlock's right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Service or information provided to or gathered by StrongBlock with respect to such use.

Unless otherwise specified herein, these Terms constitute the entire agreement between the user and StrongBlock with respect to the Service and these Terms supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between the user and StrongBlock with respect to the Service, except for any Terms of Token Sale into which you have entered with StrongBlock. A printed version of these Terms and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. It is the express wish to the parties that these Terms and all related documents be written in English.

**Termination**

StrongBlock reserves the right to suspend or end your use of the Service at any time at its discretion and without notice. For example, StrongBlock may suspend or terminate your use of the Service if you are not complying with this Agreement, or you are using the Site or Service in a manner that would cause StrongBlock legal liability, disrupt the Site or Service or disrupt others' use of the Site or Service.

StrongBlock reserves the right to temporarily or permanently discontinue the Site or Service at any time. StrongBlock will deploy commercially reasonable efforts to notify you of such discontinuation, for example, by posting updates and notices on various social media. If you breach this Agreement, StrongBlock will have the right to terminate this Agreement immediately, and to deactivate your account, without notice.

**Proprietary Rights**

All right, title, and interest in and to the Service are and will remain the exclusive property of StrongBlock and, to the extent applicable, third parties providing facilities and technology for its operation. The Site and Service are protected by copyright, trademark, and other domestic and foreign laws concerning intellectual property. Except as expressly permitted in this Agreement, you may not reproduce, modify, or create derivative works based upon, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Site or Service. You acknowledge and agree that, notwithstanding anything to the contrary in these Terms, you shall have no ownership or other property interest in the Site or the Services.

StrongBlock grants you the personal, non-transferable, non-exclusive, revocable, and limited right to access and use the Site and Service solely for your own personal amusement and entertainment purposes as an individual consumer. This right to access confers no title or ownership in the Site or Service. Except as otherwise provided by this Agreement, you may not use the Site or Service for any purpose other than your permitted access to the Site and Service, to make personal, non-commercial use of the Site and Service. Except as otherwise permitted under this Agreement, or under applicable law notwithstanding these restrictions, you may not, in whole or in part, copy, photocopy, reproduce, publish, distribute, translate, reverseengineer, derive source code from, modify, disassemble, decompile, create derivative works based on, or

StrongBlock | Terms of Service



You are entitled to use the Service and Site solely for your own personal use only, but you are not entitled to: (i) sell, grant a security interest in or transfer reproductions of the Service to other parties in any way, nor to rent, lease, or license the Service to others without the prior written consent of StrongBlock, except to the extent expressly permitted elsewhere in this Agreement; (ii) host or provide matchmaking services for the Service or emulate or redirect the communication protocols used by StrongBlock in any network feature of the Service, through protocol emulation, tunneling, modifying, or adding components to the Service, use of a utility program or any other techniques now known or hereafter developed, for any purpose including, but not limited to use as part of content aggregation networks, websites, or services, without the prior written consent of StrongBlock; or (iii) exploit the Service or any of its parts for any commercial purpose, except as expressly permitted elsewhere in this Agreement.

**Disclaimer of Warranty and Limitation of Liability**

TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, StrongBlock MAKES NO WARRANTY OR REPRESENTATION AND SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES REGARDING THE SITE AND SERVICE, INCLUDING THAT THE SITE AND SERVICE WILL MEET YOUR REQUIREMENTS OR WILL WORK IN COMBINATION WITH ANY HARDWARE OR SOFTWARE PROVIDED BY THIRD PARTIES, THAT THE SITE AND SERVICE WILL BE UNINTERRUPTED, WITHOUT PROBLEMS OR ERROR FREE, OR THAT ALL ERRORS IN THE SITE AND SERVICE WILL BE CORRECTED. StrongBlock PROVIDES THE SITE AND SERVICE "AS IS", "AS AVAILABLE," AND "WITH ALL FAULTS."

YOU USE THE SITE AND SERVICE AT YOUR OWN RISK, AND THE SITE AND SERVICE MAY BE TERMINATED AT ANY TIME BY StrongBlock OR THIRD PARTIES PROVIDING FACILITIES AND TECHNOLOGY FOR ITS OPERATION.

TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, STRONGBLOCK'S WARRANTIES AND REMEDIES (IF ANY) EXPRESSLY SET FORTH HEREIN ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, EITHER IN FACT OR BY OPERATION OF LAW, STATUTE, CUSTOM, ORAL OR WRITTEN STATEMENTS, OR OTHERWISE, INCLUDING, BUT NOT LIMITED, TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, AVAILABILITY, PERFORMANCE, COMPATIBILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, CORRESPONDENCE WITH DESCRIPTION AND NON-INFRINGEMENT, ALL OF WHICH ARE EXPRESSLY DISCLAIMED.

TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, IN NO EVENT SHALL StrongBlock AND ITS SUPPLIERS OR LICENSORS HAVE ANY LIABILITY, WHETHER BASED IN CONTRACT, DELICT OR TORT (INCLUDING NEGLIGENCE), OR STRICT LIABILITY, FOR INCIDENTAL, INDIRECT, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF REVENUE OR PROFITS, LOSS OF BUSINESS OR GOODWILL, LOSS OR CORRUPTION OF, OR UNAUTHORIZED ACCESS TO, OR DISCLOSURE OF INFORMATION OR DATA, OR LOSS OF ANY UNREALIZED SAVINGS OR EXPECTED BENEFIT, OR OTHER FINANCIAL LOSS ARISING OUT OF OR IN CONNECTION WITH THE USE, PERFORMANCE, FAILURE, OR INTERRUPTION OF THE SITE AND SERVICE, WHETHER FORESEEABLE OR NOT, AND EVEN IF StrongBlock HAD BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND STRONGBLOCK HEREBY DISCLAIMS ALL SUCH DAMAGES TO THE MAXIMUM EXTENT ALLOWED BY LAW. IN THE EVENT THAT StrongBlock IS FOUND LIABLE TO PAY YOU ANY DAMAGES, INCLUDING REIMBURSEMENT OF EXPENSES LIKE ATTORNEYS' FEES, STRONGBLOCK'S TOTAL CUMULATIVE LIABILITY TO YOU UNDER THIS AGREEMENT SHALL NOT EXCEED $100. THE ABOVE LIMITATIONS OF LIABILITY WILL NOT BE AFFECTED IF ANY REMEDY PROVIDED HEREIN SHALL FAIL ITS ESSENTIAL PURPOSE.

**Indemnification and Release**

You agree to defend, indemnify, and hold harmless StrongBlock, its affiliates, and its and their officers, directors, employees, and agents, from and against any Claim (as defined below) arising out of or in any way connected with your access to or use of the Site or the Service. "Claim" includes, without limitation, any past, present, or future actions, causes of action, demands, assertions of rights, costs, demands, expenses, injuries, judgments, losses suits, damages, and attorneys' fees and other costs of defense, of any kind or nature whatsoever, whether in tort, contract, pursuant to statute, at law or equity or otherwise, whether direct or indirect, contingent or absolute, and whether known, foreseeable, liquidated, anticipated or suspected.

To the maximum extent permitted by law, and except as expressly provided herein, you, on behalf of yourself and on behalf of your past, present, and future successors, predecessors, assigns, heirs, affiliates, agents, insurers, representatives, and any individual, person, organization, entity, corporation, or representative who or which acquires or succeeds to your rights and responsibilities, hereby absolutely, unconditionally, and irrevocably forever release and discharge StrongBlock, together with all of StrongBlock's and its affiliates' past, present, and future successors, predecessors, and assigns, and all of its and their shareholders, parent companies, subsidiaries, affiliates, insurers, representatives, officers, directors, and employees, from any and all Claims arising out of or in any way related to your use or inability to use the Site or the Service.

**Applicable Law; Jurisdiction**

These Terms and all Disputes (as defined below) are governed by and will be construed and enforced in accordance with the internal laws of the Cayman Islands without regard to choice-of-law rules. "Dispute" is a controversy, disagreement, or claim between the parties with respect to, arising out of, or relating to these Terms in any manner whatsoever, whether in contract or tort, or whether legal or equitable. Any non-arbitrable Disputes shall be subject to the exclusive jurisdiction of the courts of the Cayman Islands, which shall be the exclusive and mandatory venue and forum for any and all Disputes. You expressly, knowingly, and voluntarily consent to the personal jurisdiction and to the exclusive jurisdiction of the Cayman Islands and their courts, and you waive any objection based on lack of personal jurisdiction, improper venue, or forum non conveniens.



and replaces any prior agreements or understandings between StrongBlock and you regarding the Site and Service.

If a particular provision of this Agreement is held to be invalid by a court of competent jurisdiction, the provision shall be deemed to be severed from this Agreement and shall not affect the validity of this Agreement as a whole, which shall remain in full force and effect.

You shall not assign or otherwise transfer this Agreement or any of your rights or obligations hereunder to any third party without the prior written consent of StrongBlock, which consent is within StrongBlock's sole and unfettered discretion. No assignment or delegation by you shall relieve or release you from any of your obligations under this Agreement. Subject to the foregoing, this Agreement shall be binding upon, inure to the benefit of, and be enforceable by each of the Parties and their respective successors and permitted assigns. StrongBlock shall be allowed to assign this Agreement to any third party without requiring your consent.

Nothing in this Agreement shall constitute a partnership or joint venture between you and StrongBlock.

The failure of StrongBlock to exercise or enforce any right or provision of this Agreement shall not operate as a waiver of such right or provision. Any waiver of this Agreement or any party hereof by StrongBlock must be in writing and signed by an authorized representative of StrongBlock.

**Contact**

If you have any concern, question or complaint regarding this Agreement, please contact StrongBlock at StrongBlock, Strathvale House, 90 North Church Street, George Town, Grand Cayman, KY1-1106, Cayman Islands. StrongBlock is a tradename of Jenison Holdings SEZC. Email: info@strongblock.io

Smart Contracts audited by Hacken

App | Home | Team | News | Consulting | Press Kit | How it Works | Endpoints | Node Set Up

Facebook | Medium | Telegram | Twitter | Token Address | Smart Contract | Terms of Service | Node Guidelines | V2 Migrated Rewards

Copyright 2021 StrongBlock | All Rights Reserved