UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald Abuda, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRONGBLOCK, et al. <br><br> Defendants. | Case No. 1:22-cv-10869 <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Jenison Holdings SEZC, improperly named above by its tradename "Strongblock," states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 6, 2023

                                                      Respectfully submitted,

                                                      LATHROP GPM LLP

                                                      /s/ *DRAFT*
                                                      Nancy Sher Cohen (NY Bar No. 4160479)
                                                      2049 Century Park East, Suite 3500S
                                                      Los Angeles, California 90067
                                                      (310) 789-4600 / (310) 789-4601 FAX
                                                      Nancy.Cohen@LathropGPM.com

                                                      and

                                                      Michael J. Abrams (*pro hac vice forthcoming*)
                                                      Kate O'Hara Gasper (*pro hac vice forthcoming*)
                                                      2345 Grand Boulevard, Suite 2200
                                                      Kansas City, Missouri 64108-2618
                                                      (816) 292-2000 / (816) 292-2001 FAX
                                                      Michael.Abrams@LathropGPM.com
                                                      Kate.Gasper@LathropGPM.com

                                                      ATTORNEYS FOR DEFENDANTS