# ZEISLER PLLC
**ATTORNEYS AT LAW**

45 ROCKEFELLER PLZ FL 20
NEW YORK, NEW YORK 10111

777 BRICKELL AVE STE 500
MIAMI, FLORIDA 33131

TEL: (212) 671-1921
FAX: (888) 229-1178

WWW.ZEISLER-LAW.COM

March 15, 2023

<u>**VIA ECF**</u>

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: <u>*1:22-cv-10869-LTS-BCM Abuda et al v. Strongblock et al*</u>

Dear Judge Swain:

  Plaintiffs write to request an extension of time to file their response to Defendants' Motion to Dismiss (Dkt. 16) to April 10, 2023. The current due date is March 20, 2023, there has been no previous request for an extension of time, Plaintiffs consulted with counsel for Defendants and Defendants do not oppose this request, and the additional time is needed to provide Plaintiffs an adequate opportunity to prepare their response to the Motion.

  Thank you for your consideration.

Respectfully submitted,

<u>*/s/ Daniel B. Ravicher*</u>
Daniel B. Ravicher

cc: Counsel of Record (via ECF)