## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald Abuda, et al.,<br><br>        Plaintiffs,<br><br>       v.<br><br>STRONGBLOCK, et al.<br><br>        Defendants. | Case No. 1:22-cv-10869<br><br>**MOTION FOR PRO HAC VICE ADMISSION FOR MICHAEL J. ABRAMS** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael J. Abrams hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Strongblock, David Moss, Brian Abramson, Corey Lederer, and Konstantin Shkut in the above-captioned action.

I am in good standing of the bars of the states of Missouri, Kansas and North Dakota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

    Dated:  April 4, 2023

                                Respectfully submitted,

                                /s/ *Michael J. Abrams*
                                Michael J. Abrams
                                LATHROP GPM LLP
                                2345 Grand Boulevard, Suite 2200
                                Kansas City, Missouri 64108-2618
                                (816) 292-2000 / (816) 292-2001 FAX
                                Michael.Abrams@LathropGPM.com
                                ATTORNEYS FOR DEFENDANTS