UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald Abuda, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>STRONGBLOCK, et al.<br><br>        Defendants. | Case No. 1:22-cv-10869<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL J. ABRAMS** |

STATE OF MISSOURI    )
                                  ) SS:
COUNTY OF JACKSON   )

    Michael J. Abrams, being first duly sworn, deposes and states that:

    1.    My name is Michael J. Abrams, and I am a partner with the law firm of Lathrop GPM LLP;

    2.    I have never been convicted of a felony;

    3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

    4.    There are no disciplinary proceedings presently against me.

Further affiant sayeth naught.

Dated this 30th day of March, 2023.

_____
Michael J. Abrams

Subscribed and sworn to before me this 30th day of March, 2023.

_____
Notary Public

My Commission Expires:

STEPHANIE SKILLMAN
Commission# 23133049
Notary Public – Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: January 29, 2027

61546782v1