# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald Abuda, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRONGBLOCK, et al. <br><br> Defendants. | Case No. 1:22-cv-10869 <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL J. ABRAMS** |

The motion of Michael J. Abrams for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Missouri, Kansas and North Dakota; and that his contact information is as follows:

> Michael J. Abrams
> Lathrop GPM LLP
> 2345 Grand Boulevard, Suite 2200
> Kansas City, MO 64108
> (816) 292-2000 / (816) 292-2001 Facsimile

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Jenison Holdings SEZC, improperly named in this action by its registered tradename "Strongblock," and individual Defendants David Moss, Brian Abramson, Corey Lederer, and Konstantin Shkut in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____, 2023

                                                                 _____
                                                                 United States District/Magistrate Judge

61546817v1