UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abuda, *et. al.*,

   *Plaintiffs*,

vs.

STRONGBLOCK, *et. al.*,

   *Defendants*.
_____/

**Case No.** 1:22-cv-10869-LTS-BCM

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**PAYTON H. POLIAKOFF, ESQ.**

| | |
|---|---|
| Old Firm: | Lazareff LeBars Sarl<br>6280 Sunset Drive, Suite 502<br>Miami, FL 33143<br>(T) (813) 658-8780<br>poliakoff@l-lb.com |
| New Firm: | ZEISLER PLLC<br>777 Brickell Avenue, Suite 501<br>Miami, FL 33131<br>(T) (917) 843-3425<br>Payton.Poliakoff@outlook.com |

Payton H. Poliakoff, Esq., shall continue to be co-counsel of record for Plaintiffs on the above-entitled case at his new firm/agency.

Dated: April 10, 2023

/s/*Payton H. Poliakoff*
Payton H. Poliakoff, Esq. (admitted Pro Hac Vice)
Fla. Bar. No.: 1025078

ZEISLER PLLC
*Counsel for Plaintiffs*
777 Brickell Avenue, Suite 501
Miami, FL 33131
(T) (917) 843-3425
Payton.Poliakoff@outlook.com