UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD ABDUA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>STRONGBLOCK, et al.,<br><br>    *Defendants*. | Case No. 1:22-cv-10869-LTS-BCM |

**DECLARATION OF PAYTON H. POLIAKOFF ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION**

I, Payton H. Poliakoff, declare:

1. I am an attorney at Zeisler Law, PLLC, counsel to Plaintiffs.

2. Attached hereto as **Exhibit A** is a true and correct copy of a list of each Plaintiff, the number of nodes they purchased, and the dates of their first and last purchase of a node.

3. Attached hereto as **Exhibit B** are true and correct copies of Cayman Islands General Registry Director Details and Search Report for Jenison Holdings SEZC.

4. Attached hereto as **Exhibit C** is a true and correct copy of the U.S. Patent and Trademark Office's Trademark Status for the Strongblock trademark registered to Jenison Holdings SEZC.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Andrew Johnstone submitted by Plaintiffs in response to Defendants' motion to dismiss the related case of *Crowl, et al., v. StrongBlock, et al.*, Case No. 1:22-cv-07313.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 10, 2023                    <u>/s/ Payton H. Poliakoff</u>
                                                                                Payton H. Poliakoff