# **EXHIBIT A**

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Donald Abdua | 69 | January 10, 2022 | May 22, 2022 |
| John Adamic | 40 | November 24, 2021 | February 12, 2022 |
| Eileen Advincula | 37 | March 4, 2022 | April 25, 2022 |
| Chukwuemeka Agiri | 9 | February 13, 2022 | April 24, 2022 |
| Christopher Aguero | 10 | February 11, 2022 | April 24, 2022 |
| Jonathan Aikman | 30 | November 17, 2021 | April 8, 2022 |
| Romano Allan | 2 | October 19, 2021 | January 21, 2022 |
| Allen Family Management LLC | 741 | December 30, 2021 | April 26, 2022 |
| Geoffrey Alleyne | 13 | July 29, 2021 | February 9, 2022 |
| Daley Antoine | 14 | December 2, 2021 | April 22, 2022 |
| Maty Avidan | 155 | March 28, 2022 | May 17, 2022 |
| Jason Bagley | 33 | November 29, 2021 | March 8, 2022 |
| Domingo Balinton | 15 | February 20, 2022 | April 18, 2022 |
| Steve Bamburger | 10 | September 27, 2021 | April 16, 2022 |
| Elijah Barlow | 1 | January 29, 2022 | January 29, 2022 |
| Christopher Barnaby | 16 | January 5, 2022 | April 21, 2022 |
| Joseph Barreras | 41 | December 27, 2021 | May 17, 2022 |
| Jason Beal | 10 | January 15, 2022 | April 24, 2022 |
| James Beam | 6 | February 5, 2022 | March 11, 2022 |
| Mark Bekemeier | 18 | December 3, 2021 | April 19, 2022 |
| Bryan Belinsky | 26 | November 23, 2021 | May 1, 2022 |
| Gabriel Balu Bhore | 2 | January 31, 2022 | January 31, 2022 |
| Louie Bidzovski | 19 | August 25, 2021 | March 19, 2022 |
| Patrick Blakely | 50 | January 24, 2022 | May 9, 2022 |
| Bradley Branderhorst | 6 | November 23, 2021 | May 15, 2022 |
| David Bridges | 15 | November 28, 2021 | March 18, 2022 |
| John Brown | 28 | November 28, 2021 | April 29, 2022 |
| Kyle Burgers | 1 | January 1, 2022 | January 1, 2022 |
| Ronald Bush | 60 | August 23, 2021 | March 17, 2022 |
| Craig Buske | 38 | January 15, 2022 | May 15, 2022 |
| Shai Butbul | 40 | May 15, 2022 | May 19, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Glen Cameron | 10 | January 19, 2022 | May 8, 2022 |
| Zac Campbell | 124 | February 26, 2022 | May 14, 2022 |
| Mark Canavan, Ltd. | 35 | January 5, 2022 | May 4, 2022 |
| Denis Capelnik | 6 | February 19, 2022 | May 7, 2022 |
| William Cargill | 24 | December 27, 2021 | April 26, 2022 |
| Carolyne Cass | 10 | October 29, 2021 | April 2, 2022 |
| Armando Castillo Puebla | 8 | October 8, 2021 | February 13, 2022 |
| Kwok Chan | 4 | November 28, 2021 | March 30, 2022 |
| Joshua Chase | 50 | November 17, 2021 | March 28, 2022 |
| Curtis Choe | 11 | October 19, 2021 | April 26, 2022 |
| Shawn Choi | 25 | December 3, 2021 | May 3, 2022 |
| Bill Cobey | 24 | October 6, 2021 | May 18, 2022 |
| Manuel Cordova | 5 | November 10, 2021 | February 16, 2022 |
| Michael Craig | 13 | January 16, 2022 | May 2, 2022 |
| Charlie Crews | 100 | November 13, 2021 | April 23, 2022 |
| Adam Cromwell | 6 | February 12, 2022 | March 7, 2022 |
| Raul Cruz | 5 | January 24, 2022 | July 13, 2022 |
| Stephane Dabadie | 4 | February 2, 2022 | December 27, 2022 |
| Andra Dalto | 8 | December 12, 2021 | March 24, 2022 |
| Carolyn Davis | 8 | January 17, 2022 | May 4, 2022 |
| Patrick Davis | 2 | December 16, 2021 | April 7, 2022 |
| Samy Dawood | 12 | April 2, 2022 | June 29, 2022 |
| Derek Day | 12 | January 17, 2022 | May 5, 2022 |
| Patrick DeFeo | 17 | December 30, 2021 | March 22, 2022 |
| Jake Derosas | 100 | August 10, 2021 | March 23, 2022 |
| Sander De Waal | 9 | October 20, 2021 | July 31, 2022 |
| Daniel DeYoung | 60 | November 21, 2021 | June 23, 2022 |
| Homer Diaz | 14 | February 4, 2022 | September 30, 2022 |
| Patrick Dunn | 100 | November 29, 2021 | May 10, 2022 |
| Saman Ebrahimi | 1 | February 1, 2022 | February 2, 2022 |
| ECET Inc. | 65 | December 30, 2021 | April 26, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Benjamin Edwards | 10 | November 6, 2021 | July 22, 2022 |
| Joshua Ellis | 4 | October 20, 2021 | May 15, 2022 |
| Evergreen Distributors | 100 | December 7, 2021 | May 15, 2022 |
| Arthur Fandunyan | 2 | November 24, 2021 | November 26, 2021 |
| Dan Faraci | 6 | December 24, 2021 | May 14, 2022 |
| Lina Ferlazzo | 1 | February 27, 2022 | February 27, 2022 |
| Matthew Ferraro | 1 | March 5, 2022 | March 5, 2022 |
| Jim Foil | 8 | November 8, 2021 | May 4, 2022 |
| Ciaran Forsythe | 7 | December 4, 2021 | March 20, 2022 |
| Jurman Frankel | 4 | January 1, 2022 | May 15, 2022 |
| Michael Frasinelli | 20 | August 22, 2021 | February 21, 2022 |
| Lida Galka | 2 | March 27, 2022 | April 26, 2022 |
| Richardo Gaytan | 3 | November 8, 2021 | February 17, 2022 |
| Bennett Gentile | 5 | February 22, 2022 | April 10, 2022 |
| Michel Geter | 15 | February 15, 2022 | March 13, 2022 |
| Paul Giacobbe | 33 | January 5, 2022 | May 5, 2022 |
| Mark Gill | 8 | December 5, 2021 | April 15, 2022 |
| Ben Gillmore | 18 | December 24, 2021 | January 25, 2022 |
| Robert Glen | 13 | October 11, 2021 | May 5, 2022 |
| Global Perspective Limited | 83 | October 26, 2021 | May 6, 2022 |
| Joshua Globke | 13 | January 6, 2022 | May 13, 2022 |
| Raju Gokumattella | 16 | January 19, 2022 | April 29, 2022 |
| Shane Gorman | 3 | February 3, 2022 | February 9, 2022 |
| Gary Gould | 21 | January 11, 2022 | February 18, 2022 |
| Greentech Holdings, LTD. | 100 | October 25, 2021 | November 7, 2021 |
| Michael Guedes Jr. | 15 | February 6, 2022 | May 14, 2022 |
| Hatim Hamad | 265 | January 2, 2022 | January 15, 2022 |
| Matthew Harber | 5 | February 8, 2022 | April 20, 2022 |
| Daniel Hargrove | 13 | September 2, 2021 | March 21, 2022 |
| David Hargrove | 15 | September 15, 2021 | April 15, 2022 |
| David Harris | 65 | January 11, 2022 | May 29, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Dan Hittenmark | 38 | October 9, 2021 | April 1, 2022 |
| Brian Hourihan | 37 | November 13, 2021 | April 22, 2022 |
| Tracy Howell | 15 | December 2, 2021 | May 13, 2022 |
| Sean Hurst | 22 | December 21, 2021 | June 2, 2022 |
| Musa Imoede | 38 | January 27, 2022 | August 30, 2022 |
| Michael Ismanovski | 3 | October 17, 2021 | October 17, 2021 |
| Marquita Jeffress | 3 | October 22, 2021 | March 27, 2022 |
| Joshua Johnson | 21 | February 25, 2022 | April 26, 2022 |
| Bobby Jones | 46 | August 12, 2021 | May 30, 2022 |
| Richard Jones | 9 | September 9, 2021 | May 11, 2022 |
| Joshua Kamis | 2 | January 20, 2022 | February 11, 2022 |
| Georgii Karmazin | 5 | January 19, 2022 | May 7, 2022 |
| Shabab Khalid | 46 | January 18, 2022 | May 15, 2022 |
| Max Khazanov | 33 | January 14, 2022 | March 29, 2022 |
| Gary King | 29 | January 9, 2022 | April 27, 2022 |
| Kris Kirkham | 25 | February 12, 2022 | March 11, 2022 |
| William Kissee, Jr. | 5 | January 9, 2022 | May 10, 2022 |
| Joshua Landvreugd | 14 | October 6, 2021 | May 8, 2022 |
| Brian Lapierre | 9 | October 4, 2021 | April 11, 2022 |
| Travis Lazzaro | 10 | October 8, 2021 | May 18, 2022 |
| Brennan Leleux | 29 | January 13, 2022 | April 19, 2022 |
| Michael Levi | 4 | October 18, 2021 | March 20, 2022 |
| Douglas Levin | 7 | January 6, 2022 | May 18, 2022 |
| Brian Li | 5 | January 26, 2022 | April 29, 2022 |
| Deborah Liles | 34 | February 3, 2022 | June 16, 2022 |
| David Littlechild | 29 | February 8, 2021 | May 16, 2022 |
| Victor Lovell | 10 | January 7, 2022 | April 9, 2022 |
| Cangbai Luo | 6 | January 7, 2022 | May 17, 2022 |
| Cameron Mann | 1 | January 28, 2022 | January 28, 2022 |
| Jeffrey Markley | 8 | October 6, 2021 | May 3, 2022 |
| Christopher Martin | 15 | February 9, 2022 | February 19, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Michael Mationschek | 7 | October 19, 2021 | October 21, 2021 |
| Andy McCauley | 1 | February 5, 2022 | February 5, 2022 |
| Calvin McCormick | 34 | September 23, 2021 | April 26, 2022 |
| Owen McCormick | 3 | January 25, 2022 | March 24, 2022 |
| Jermila McCoy | 14 | January 24, 2022 | July 11, 2022 |
| Marc McKninnon | 7 | January 7, 2022 | March 20, 2022 |
| Jesse Medina | 9 | December 14, 2021 | May 5, 2022 |
| Jose Melo Fernandez | 2 | November 6, 2021 | January 27, 2022 |
| Ricardo Mera | 27 | November 13, 2021 | April 4, 2022 |
| Jonathan Merwin | 128 | December 2, 2021 | April 24, 2022 |
| Dennis Milenkovic | 15 | September 14, 2021 | April 15, 2022 |
| Nicholas W. Miller | 30 | March 2, 2022 | May 16, 2022 |
| Mohammad Taob Muhamad Husain | 4 | November 28, 2021 | February 19, 2022 |
| Carles Muinos | 2 | November 13, 2021 | February 28, 2022 |
| Eduardo Muniz | 10 | September 18, 2021 | January 17, 2022 |
| Duong Nguyen | 15 | January 30, 2022 | March 21, 2022 |
| Duong Nguyen | 41 | August 31, 2021 | February 23, 2022 |
| My Linh Nguyen | 6 | October 29, 2021 | May 14, 2022 |
| Tuan Nguyen | 132 | November 22, 2021 | April 15, 2022 |
| Jesse Nickel | 17 | January 5, 2022 | April 29, 2022 |
| Laura Nieuwenhuis | 4 | January 26, 2022 | March 6, 2022 |
| Mari-Noel Nsana | 11 | September 15, 2021 | April 20, 2022 |
| Tyler Olson | 6 | November 22, 2021 | February 24, 2022 |
| Duriye Osman | 6 | March 23, 2022 | April 4, 2022 |
| Eric Owen | 37 | November 9, 2021 | May 29, 2022 |
| Sarfaraz Pakal | 25 | February 8, 2022 | March 16, 2022 |
| Levy Sergio Palacios | 9 | October 13, 2021 | March 29, 2022 |
| Doug Peaker | 33 | October 17, 2021 | April 26, 2022 |
| Brent Pena | 16 | February 5, 2022 | June 22, 2022 |
| Josh Pentland | 11 | December 12, 2021 | May 16, 2022 |
| Ricardo Peters | 33 | November 30, 2021 | April 10, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Ryan Pulley | 16 | November 27, 2021 | March 14, 2022 |
| Farshid Rameshni | 20 | December 19, 2021 | December 24, 2021 |
| Derek Reay | 3 | January 13, 2022 | January 30, 2022 |
| Gregory Reid | 25 | October 17, 2021 | April 27, 2022 |
| Kathleen Revivo | 14 | January 29, 2022 | May 16, 2022 |
| Heather Robinson | 19 | February 25, 2022 | February 25, 2022 |
| Johnny Ronca | 130 | September 14, 2021 | May 17, 2022 |
| Leonard Ross | 2 | February 14, 2022 | March 9, 2022 |
| Michael Ryan | 21 | January 22, 2022 | February 25, 2022 |
| Jeremy Schwab | 160 | October 8, 2021 | April 15, 2022 |
| Adil Sermouth | 7 | October 19, 2021 | April 1, 2022 |
| Nate Shields | 4 | February 20, 2022 | May 4, 2022 |
| Isaac Shueke | 33 | September 8, 2021 | May 14, 2022 |
| Marc Snowdon | 10 | February 2, 2022 | May 17, 2022 |
| Michael Solounias | 2 | December 19, 2021 | April 24, 2022 |
| Rony Sood | 65 | December 12, 2021 | May 9, 2022 |
| Alvin Stevens | 10 | September 20, 2021 | March 24, 2022 |
| Phill Stevens | 50 | October 18, 2021 | April 21, 2022 |
| Alexander Stevenson | 15 | January 1, 2022 | May 19, 2022 |
| David Strauss | 19 | February 21, 2022 | May 14, 2022 |
| Rateb Suleiman | 5 | January 21, 2022 | April 9, 2022 |
| Martijn Tideman | 100 | October 1, 2021 | May 14, 2022 |
| Kevin Toqe | 2 | January 10, 2022 | January 17, 2022 |
| Christopher Troiano | 6 | February 18, 2022 | February 18, 2022 |
| Joel Verdico | 10 | October 23, 2021 | January 18, 2022 |
| Van Vilchez | 21 | January 8, 2022 | April 29, 2022` |
| Elmar Von Grolman | 12 | October 28, 2021 | June 4, 2022 |
| Alain Voogt | 8 | February 6, 2022 | April 13, 2022 |
| Simon Wehren | 9 | January 24, 2022 | May 18, 2022 |
| Ryan Wermerskirchen | 33 | September 20, 2021 | April 25, 2022 |
| David Jason West | 58 | February 14, 2022 | April 27, 2022 |

| PLAINTIFF | NODES | DATE FIRST PURCHASED | DATE LAST PURCHASED |
|---|---|---|---|
| Wex Capital LLC | 138 | September 2, 2021 | April 3, 2022 |
| Brandon White | 68 | January 28, 2022 | May 6, 2022 |
| Joshua Whitney | 29 | February 19, 2022 | May 7, 2022 |
| Hannah Wilkes | 8 | February 5, 2022 | May 16, 2022 |
| Wade Wilson | 7 | October 17, 2021 | April 3, 2022 |
| Asha Woo | 5 | January 7, 2022 | February 6, 2022 |
| Roderick Wright | 13 | October 16, 2021 | April 18, 2022 |
| Jaime Ybarra | 20 | December 17, 2021 | May 16, 2022 |
| Ali Han Yenisehirlioglu | 7 | September 15, 2021 | June 24, 2022 |
| Steve Young | 86 | October 21, 2021 | May 6, 2022 |
| Ron Zabel | 18 | January 16, 2022 | April 17, 2022 |
| Zein Zaioud | 79 | January 19, 2022 | May 8, 2022 |