# **EXHIBIT B**



# Search Report

| | |
|---|---|
| **Entity Name :** | Jenison Holdings SEZC |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 338844 |
| **Registration Date :** | 25th June 2018 |
| **Entity Type :** | EX-SPECIAL ECONOMIC ZONE COMPANY |
| **Registered Office :** | CAMPBELLS CORPORATE SERVICES LIMITED<br>Floor 4<br>Willow House, Cricket Square<br>Grand Cayman  KY1-9010<br>Cayman Islands |

| | |
|---|---|
| **Status :** | ACTIVE |
| **Status Date :** | 25th June 2018 |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 793827005323
www.verify.gov.ky
10 April 2023





## Search Report

| | |
|---|---|
| **Entity Name :** | Jenison Holdings SEZC |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 338844 |
| **Registration Date :** | 25th June 2018 |
| **Entity Type :** | EX-SPECIAL ECONOMIC ZONE COMPANY |
| **Registered Office :** | CAMPBELLS CORPORATE SERVICES LIMITED<br>Floor 4<br>Willow House, Cricket Square<br>Grand Cayman  KY1-9010<br>Cayman Islands |
| **Initial Subscriber:** | Campbells Nominees Limited |
| **Authorised Share Capital:** | CI$8,200.00 |
| **Nature of Business:** | Holding company - other |
| **Financial Year End:** | 31st December |

| | |
|---|---|
| **Status :** | ACTIVE |
| **Status Date :** | 25th June 2018 |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 158384416687
www.verify.gov.ky
10 April 2023