# **EXHIBIT C**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-11-13 23:53:25 EST |
| **Mark:** | STRONGBLOCK |

*StrongBlock*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88030308 | **Application Filing Date:** | Jul. 09, 2018 |
| **US Registration Number:** | 6029927 | **Registration Date:** | Apr. 07, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Apr. 07, 2020 | | |

**Publication Date:** Dec. 18, 2018 **Notice of Allowance Date:** Feb. 12, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | STRONGBLOCK |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer software and computer software platforms for creating, selling and managing blockchain-based tokens or appcoins for use with smart contracts; computer software and computer software platforms for democratically managing digital exchanges for virtual items; computer software and computer software platforms for voting with blockchain and distributed ledger technology on digital exchange proposals; computer software and computer software platforms for managing digital and virtual blockchain-based tokens or appcoins; Computer application software for blockchain-based platforms, namely, software for digital exchanges for virtual items | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 26, 2018 | **Use in Commerce:** | Sep. 26, 2018 |
| **For:** | Provision of an online marketplace for selling and trading virtual goods with other users; online trading services in which users post requests for virtual goods and negotiate transactions via the Internet | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

| | | | |
|---|---|---|---|
| **First Use:** | Oct. 01, 2019 | **Use in Commerce:** | Oct. 01, 2019 |
| **For:** | Providing temporary use of on-line non-downloadable software for use in the exchange of virtual items through creating, selling, trading and managing blockchain-based tokens or appcoins for use with a digital exchange; providing temporary use of on-line non-downloadable software for democratically managing digital exchanges for virtual items through smart contracts by voting with blockchain and distributed ledger technology on digital exchange proposals | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 01, 2019 | **Use in Commerce:** | Oct. 01, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Jenison Holdings |
| **Owner Address:** | Willow House, Cricket Square<br>Floor 4<br>Grand Cayman CAYMAN ISLANDS KY1-9010 |
| **Legal Entity Type:** | exempted company organized under the laws of the Cayman Islands with limited liability |
| **State or Country Where Organized:** | CAYMAN ISLANDS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Amy Brozenic | **Docket Number:** | 603643 |
| **Attorney Primary Email Address:** | internalip@lathropgpm.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | AMY BROZENIC<br>Lathrop GPM LLP<br>10851 Mastin Blvd.<br>BUILDING 82, SUITE 1000<br>OVERLAND PARK, KANSAS UNITED STATES 66210-1669 |

| | | | |
|---|---|---|---|
| **Phone:** | 913-451-5100 | **Fax:** | 913-451-0875 |
| **Correspondent e-mail:** | internalip@lathropgpm.com amy.brozenic@lathropgpm.com maggie.jiles@lathropgpm.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 07, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 05, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 04, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 02, 2020 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Feb. 10, 2020 | USE AMENDMENT FILED | 70565 |
| Mar. 02, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Feb. 10, 2020 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 13, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 09, 2019 | SOU EXTENSION 1 GRANTED | 98765 |

| | | |
|---|---|---|
| Aug. 09, 2019 | SOU EXTENSION 1 FILED | 98765 |
| Aug. 09, 2019 | TEAS EXTENSION RECEIVED | |
| Feb. 12, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 18, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 18, 2018 | PUBLISHED FOR OPPOSITION | |
| Nov. 28, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 10, 2018 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 74221 |
| Nov. 10, 2018 | ASSIGNED TO LIE | 74221 |
| Oct. 26, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 26, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 26, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 26, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 26, 2018 | EXAMINERS AMENDMENT -WRITTEN | 76746 |
| Oct. 26, 2018 | ASSIGNED TO EXAMINER | 76746 |
| Jul. 13, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Mar. 04, 2020