UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD ABDUA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>STRONGBLOCK, et al.,<br><br>*Defendants*. | **Case No. 1:22-cv-10869-LTS-BCM** |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused the following to be filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

- PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION; and,

- DECLARATION OF PAYTON H. POLIAKOFF ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION and Exhibits A-D thereto.

April 10, 2023                                             */s/ Payton H. Poliakoff*
                                                            Payton H. Poliakoff