UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD ABUDA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>STRONGBLOCK, et al.,<br><br>*Defendants*. | **Case No. 1:22-cv-10869-LTS-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the following to be served electronically to all counsel of record.

- ORDER REGARDING GENERAL PRETRIAL MANAGEMENT.

April 12, 2023                                               */s/ Daniel B. Ravicher*
                                                                    Daniel B. Ravicher

1