

Lathrop GPM LLP
lathropgpm.com

2345 Grand Blvd.
Suite 2200
Kansas City, MO  64108
Main: 816.292.2000

**Michael J. Abrams**
Partner
michael.abrams@lathropgpm.com
816.460.5530

April 24, 2023

Via ECF

The Honorable Laura Taylor Swain
The United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: **Unopposed Request for Permission to Exceed Page Limit for Reply Brief** in Case No. 1:22-cv-10869-LTS-BCM, *Abuda et al v. Strongblock et al.*

Dear Judge Swain:

Defendants write to request permission to exceed the 10-page limit for their reply brief to Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 24). Our current draft contains 13.5 pages of text. The brief is lengthy, in part, because it pertains to the claims of 198 separate Plaintiffs who alleged to have signed up for StrongBlock over a nearly two-year period, during which StrongBlock's sign-up online interface experienced some changes.

Defendants respectfully suggest that good cause exists for leave to be granted, as "[i]n deciding motions to compel," the Court is required to "consider all relevant, admissible evidence submitted by the parties and contained in pleadings, depositions, answers to interrogatories, and admissions on file, together with  . . . affidavits."  *See Nicosia v. Amazon.com, Inc.*, 834 F.3d 220, 229 (2d Cir. 2016).

Plaintiffs do not oppose Defendants' request to exceed the page limit.

Thank you for your consideration.

Respectfully submitted,

Lathrop GPM LLP

 */s/ Michael J. Abrams*

Michael J. Abrams
Partner


cc:      Counsel of Record (via ECF)