

| | |
|---|---|
| | Lathrop GPM LLP<br>lathropgpm.com |
| 2345 Grand Blvd.<br>Suite 2200<br>Kansas City, MO  64108<br>Main: 816.292.2000 | **Michael J. Abrams**<br>Partner<br>michael.abrams@lathropgpm.com<br>816.460.5530 |

April 12, 2023

Via ECF

<u>MEMO ENDORSED</u>

The Honorable Vernon S. Broderick
The United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:     **Unopposed Request for Extension of Time to Submit Reply Brief** in
Case No. 1:22-cv-10869-LTS-BCM, *Abuda et al v. Strongblock et al.*

Dear Judge Swain:

Defendants write to request an extension of time to file their reply brief to Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 24) to April 28, 2023.  The original due date is April 17, 2023.  There has been no previous request for an extension of time, and Plaintiffs do not oppose this request.  The additional time is needed to provide Defendants an adequate opportunity to prepare their reply brief to Plaintiffs' Opposition to the Motion to Dismiss.

Thank you for your consideration.

Respectfully submitted,

Lathrop GPM LLP

 */s/ Michael J. Abrams*

Michael J. Abrams
Partner

cc:     Counsel of Record (via ECF)

The foregoing request is granted for the reasons stated above.  This resolves docket entry no. 27.
SO ORDERED.

Dated: April 25, 2023
/s/ Laura Taylor Swain, Chief U.S.D.J.