# EXHIBIT A-2

containing a link to the Terms and Condition governing the plan he purchased, on January 5, 2016 at 5:15 p.m. Pacific Time.

      6.     Although the Production Database does not store actual copies of the confirmation e-mails sent, those purchase confirmation emails have been delivered with substantially the same form and content respecting plan details, and provision of a link to plan Terms and Conditions, since at least 2014, as exemplified below:

