# EXHIBIT A-3

# 10/2/2014



Confidential

AIR00000247

REDACTED

**From:** Airbnb <no-reply@airbnb.com>
**Subject: Corrected: We're updating our Terms of Service and Privacy Policy**
**Date:** July 10, 2015 at 2:45:56 PM EDT
**To:** sylvie@indigo-house.com
**Reply-To:** no-reply@airbnb.com

Airbnb



Hi Sylvie,

Our business and our community have grown significantly in the last year, so we're updating our Terms of Service and Privacy Policy. These changes will be effective for all customers on Thu, August 06, 2015. When you use our site on or after that day, we will ask you to agree to the new terms.

We've put up information to explain these changes in more detail. You should review the documents in full on your own. The old and new versions of both documents can be found at the Terms of Service and Privacy Policy tabs through Sun, September 06, 2015.

Thank you for a being a member of our global community.

Thanks,
The Airbnb Team

