UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abuda, *et. al.*,

   *Plaintiffs*,

vs.

STRONGBLOCK, *et. al.*,

   *Defendants*.

_____/

**Case No.** 1:22-cv-10869-LTS-BCM

### NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**PAYTON H. POLIAKOFF, ESQ.**

| | |
|---|---|
| Old Firm: | LAZAREFF LEBARS ADVISORY LIMITED (ADGM)<br>Al Maryah Island, ADGM Square<br>Al Maqam Tower 34 Floor<br>Abu Dhabi, United Arab Emirates<br>Telephone: (+971) 2418 7560<br>poliakoff@l-lb.com |
| New Firm: | ZEISLER PLLC<br>777 Brickell Avenue, Suite 501<br>Miami, FL 33131<br>(T) (917) 843-3425<br>Payton.Poliakoff@outlook.com |

Payton H. Poliakoff, Esq., shall continue to be co-counsel of record for Plaintiffs on the above-entitled case at his new firm/agency.

Dated: July 21, 2023

        /s/*Payton H. Poliakoff*____
        Payton H. Poliakoff, Esq. (admitted Pro Hac Vice)
        Fla. Bar. No.: 1025078

        ZEISLER PLLC
        777 Brickell Avenue, Suite 501
        Miami, FL 33131
        (T) (917) 843-3425
        Payton.Poliakoff@outlook.com